IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOE HAND PROMOTIONS, INC.,

Plaintiff,

vs.

CUNNINGHAM'S LAKESIDE INC., MICHAEL ANDERSON, YOUSEF M. GHAMEDI, and JERALD L. FOX,

Defendants.

4:24CV3128

ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 14). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 4th day of December, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge